**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

KIMBERLY C. STATUM,

    Plaintiff,

v.                                                Case No. 3:14-cv-1297-J-34MCR

CAROLYN W. COLVIN, Commissioner of
the Social Security Administration,

    Defendant.
_____/

**O R D E R**

**THIS CAUSE** is before the Court on Magistrate Judge Monte C. Richardson's Report and Recommendation (Dkt. No. 34; Report), entered on February 8, 2016. In the Report, Magistrate Judge Richardson recommends that Defendant's Motion to Dismiss or in the Alternative Motion for Summary Judgment (Dkt. No. 25; Motion) be denied, and that Defendant be directed to file an answer within 20 days of the Court's order. See Report at 8. Neither party has filed an objection to the Report, and the time for doing so has passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Report and Recommendation (Dkt. No. 34) of Magistrate Judge Richardson is **ADOPTED** as the opinion of the Court.

2. Defendant's Motion to Dismiss or in the Alternative Motion for Summary Judgment (Dkt. No. 25) is **DENIED**.

3. Defendant shall file an answer on or before **April 4, 2016**.

**DONE AND ORDERED** in Jacksonville, Florida, this 3rd day of March, 2016.

*Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

The Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of Record